NOT FOR PUBLICATION (Docket No. 22)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____
:
C.H., *a minor, by and through her next* :
*friend, Ronald Hudak*, :
    :
        Plaintiff, : Civil No. 09-5815 (RBK/JS)
    :
        v. : **ORDER**
    :
BRIDGETON BOARD OF EDUCATION, :
DR. H. VICTOR GILSON, LYNN :
WILLIAMS, and STEPHEN LYNCH, :
    :
        Defendants. :
_____:

      THIS MATTER having come before the Court upon Plaintiff's Motion for a Preliminary Injunction (Docket No. 22), which this Court converted to a Motion for Permanent Injunction (Docket No. 27); and the Court having considered the moving papers and the response thereto; and the Court having heard oral argument on April 19, 2010; and for the reasons expressed in the record and the Opinion issued this date;

      IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED**; and it is further

      ORDERED that Defendants are **PERMANENTLY ENJOINED** from prohibiting Plaintiff from wearing the red armband with the word "LIFE" on it as described in Exhibit 2 to the Declaration of C.H., absent a well-founded expectation of disruption; and it is further

      ORDERED that Defendants are **PERMANENTLY ENJOINED** from prohibiting Plaintiff from distributing the flyer attached as Exhibit 2 to the Declaration of C.H., absent a

well-founded expectation of disruption; and it is further

  ORDERED that Civil No. 09-5815 is hereby **CLOSED**.


Date: 4-22-10              /s/ Robert B. Kugler
                          ROBERT B. KUGLER
                          United States District Judge