David A. Cortman, Esquire (GA 188810)
ALLIANCE DEFENSE FUND
1000 Hurricane Shoals Road NE
Building D, Suite 600
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
dcortman@telladf.org

Michael W. Kiernan, Esquire (MK-6567)
KIERNAN & ASSOCIATES, LLC
One Greentree Centre, Suite 201
10000 Lincoln Drive East
Marlton, NJ 08053
Telephone (856) 988-5884
Facsimile (856) 810-0129
mkiernan@kiernanassociates.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.H. a minor, by and through her next friend, Ronald Hudak,<br><br>Plaintiff,<br><br>v.<br><br>Bridgeton Board of Education; Dr. H. Victor Gilson, Superintendent, in his individual and official capacities; Lynn Williams, Principal of Bridgeton High School, in her individual and official capacities; and Stephen Lynch, Assistant Principal of Bridgeton High School, in his individual and official capacities;<br><br>Defendants. | Case No. 1:09-cv-05815-RBK-JS<br><br>Hon. Robert B. Kugler<br><br>PLAINTIFF'S NOTICE OF SETTLEMENT OF ATTORNEYS' FEES |

COMES NOW Plaintiff, by and through counsel, and notifies this Court that the parties have reached an agreement as to the payment of Plaintiff's attorneys' fees and costs. Therefore, Plaintiff will not file a Motion for Attorneys' Fees and Costs with this Court. If the agreement is not fulfilled by the Defendants, Plaintiff will seek appropriate redress with this Court.

Respectfully Submitted this 20th day of May, 2010.

| /s/ David A. Cortman | /s/ Michael W. Kiernan |
|---|---|
| DAVID A. CORTMAN* (GSB 188810) | Michael W. Kiernan (MK 6567) |
| ALLIANCE DEFENSE FUND | KIERNAN & ASSOCIATES, LLC |
| 1000 Hurricane Shoals Road NE | One Greentree Centre, Suite 201 |
| Building D, Suite 600 | 10000 Lincoln Drive East |
| Lawrenceville, GA 30043 | Marlton, NJ 08053 |
| Telephone: (770) 339-0774 | Telephone (856) 988-5884 |
| Facsimile: (770) 339-6744 | Facsimile (856) 810-0129 |
| dcortman@telladf.org | mkiernan@kiernanassociates.com |

*Attorneys for Plaintiff C.H.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2010, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Michael F. O'Neill, Esq.
PURCELL, MULCAHY, O'NEILL & HAWKINS
One Pluckemin Way
Bedminster, New Jersey 07921

Ronald K. Chen, Esq.
Rutgers Constitutional Litigation Clinic
Center for Law & Justice
123 Washington Street
Newark, New Jersey 07102

Edward Barocas, Esq.
American Civil Liberties Union of New Jersey
P.O. Box 32159
Newark, New Jersey 07102

                                              /s/ Michael W. Kiernan
                                              Michael W. Kiernan (MK 6567)